**NUCLEAR CORPORATION OF AMERICA, Plaintiff-Appellee,**

v.

**Bill G. HALE et al., Defendants-Appellants.**

No. 73–1865

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

July 10, 1973.

Keith Nelson, Wichita Falls, Tex., for defendants-appellants.

---

* Rule 18, 5 Cir.; Isbell Enterprises Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

Terry Guy Shipley, Noble, Okl., Ralph W. Pulley, Jr., Jack L. Coke, Jr., Dallas, Tex., for plaintiff-appellee.

Before GEWIN, COLEMAN and MORGAN, Circuit Judges.

PER CURIAM:

After consideration of the briefs, trial record, and reported memorandum opinion of the District Judge, 355 F. Supp. 193, we conclude that the district court should be

Affirmed.